LOIS G. MCCLELLAN, as Administratrix of the Estate of FRED C. MCCLELLAN, SR., Deceased, Respondent, *v.* CITY OF BUFFALO et al., Appellants, et al., Defendants.

Argued April 11, 1955; decided July 8, 1955.

*William B. Lawless, Jr., Corporation Counsel (Forbes F. Dougherty* of counsel), for appellants.

*John B. Corcoran* and *William B. Mahoney* for respondent.

Appeal dismissed upon the ground that the question certified is not decisive of the correctness of the decision of the Appellate Division (Civ. Prac. Act, § 589, subd. 4, par. [b]). No opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.